IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE CHARLOTTE N. SWEENEY**

| Civil Action: | 24-cv-00232-CNS-NRN | Date: October 15, 2024 |
|---|---|---|
| Courtroom Deputy: | Julie Dynes | Court Reporter: Sarah Mitchell |

| *Parties* | *Counsel* |
|---|---|
| ADRIAN CONEJO | *Penn Dodson* |
| CHRISTOPHER ASHMORE | |
| JASON MACK | |
| MIGUEL ACOSTA | |
| JEFFERY MARTIN | |
| DAVID KELSCH-HAGHIRI | |
| COLE TIMIAN | |
| ANGEL LOUGH | |
| ALFONSO BARAJAS | |
| REBECCA HAMPTON | |
| RACHEL CALDWELL | |
| MARQUIVAS AVEREY CRAWFORD | |
| CODY PITTSER | |
| **Plaintiffs** | |
| v. | |
| NICHOLAS MALWITZ | |
| GALAXY STEEL LLC | *William Morris Jr.* |
| **Defendants** | |

## COURTROOM MINUTES

**ORAL ARGUMENT**

Court in Session:  8:59 a.m.

Appearance of counsel.

Argument as to [17] Motion to Dismiss Defendant Galaxy Steel, LLC Pursuant to F.R.C.P. 12(b)(6) given by Mr. Morris and Ms. Dodson with questions from the Court.

As outlined on the record, it is

**ORDERED:   [17] Motion to Dismiss Defendant Galaxy Steel, LLC Pursuant to F.R.C.P. 12(b)(6) is GRANTED.**

**Plaintiff is granted leave to file an Amended Complaint within 14 days.**

Court in Recess:  9:26 a.m.           Hearing concluded.           Total time in Court:  00:27