IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge N. Reid Neureiter**

| | |
|---|---|
| Civil Action No: 24-cv-00232-CNS-NRN | Date:  September 11, 2025 |
| Courtroom Deputy: Román Villa | FTR:  Courtroom A401 |

*Parties:*

ADRIAN CONEJO,
CHRISTOPHER ASHMORE,
JASON MACK,
MIGUEL ACOSTA,
JEFFREY MARTIN,
DAVID KELSCH-HAGHIRI,
REBECCA HAMPTON,
RACHEL CALDWELL,
ALFONSO BARAJAS,
ANGEL LOUGH,
COLE TIMIAN,
MARQUIVAS AVEREY CRAWFORD,
CODY PITTSER, and
DANIEL GARZA, in their individual capacities and
on behalf of others similarly situated,

    Plaintiffs,

v.

NICHOLAS ("NIC") MALWITZ, an individual,

    Defendant.

*Counsel:*

Penn Dodson

---

**COURTROOM MINUTES**

---

**MOTION HEARING**

**2:59 p.m.    Court in session.**

Court calls case. Appearances of Counsel. The Defendant, Nicholas Malwitz did not appear.

This matter is before the Court regarding Plaintiffs' Motion for Default Judgment (ECF No. 45) and Amendment to Plaintiffs' Motion for Default Judgment (ECF No. 65).

For the reasons stated on the record, Plaintiffs' Motion for Default Judgment (**ECF No. 45**) and Amendment to Plaintiffs' Motion for Default Judgment (**ECF No. 65**) are **TAKEN UNDER ADVISEMENT**.

Plaintiff shall submit a proposed order by September 19, 2025.

**3:25 p.m.    Court in recess.**

Hearing concluded.
Total in-court time:   00:26

*To order transcripts of hearings, please contact either Patterson Transcription Company at (303) 755-4536 or AB Litigation Services at (303) 629-8534.