**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 24-cv-00232-CNS-NRN

ADRIAN CONEJO, CHRISTOPHER ASHMORE, JASON MACK, MIGUEL ACOSTA,
JEFFREY MARTIN, DAVID KELSCH-HAGHIRI, REBECCA HAMPTON, RACHEL
CALDWELL, ALFONSO BARAJAS, ANGEL LOUGH, COLE TIMIAN, MARQUIVAS
CRAWFORD, CODY PITTSER, AND DANIAL GARZA, in their individual capacities and
on behalf of others similarly situated,

    Plaintiffs,

v.

NICHOLAS ("Nic") MALWITZ, an individual,

    Defendant.

_____

**DEFAULT JUDGMENT**

_____

    In accordance with the orders filed during the pendency of this case, and

pursuant to Fed. R. Civ. P. 55(b), the following Default Judgment is hereby entered.

    Pursuant to the ORDER of Judge Charlotte N. Sweeney entered on March 30,

2026, [ECF No. 75] it is

    ORDERED that Magistrate Judge N. Reid Neureiter's Recommendation [ECF

No. 70] is AFFIRMED and ADOPTED in part and REVERSED in part. It is

    FURTHER ORDERED that Plaintiffs' Motion for Default Judgment [ECF No. 45]

is GRANTED. It is

    FURTHER ORDERED that DEFAULT JUDGMENT is entered in favor of the

plaintiffs and against the defendant in the total amount of $2,544,121.86. It is

    FURTHER ORDERED that post judgment interest shall accrue in accordance

with 28 U.S.C. § 1961 at a rate of 3.79% from the date of entry of the original default

judgment, March 30, 2026. It is

FURTHER ORDERED that Plaintiffs are awarded costs, to be taxed by the Clerk

of the Court pursuant to Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1. It is

FURTHER ORDERED that Plaintiffs are granted leave to file a motion within

fourteen (14) days for reasonable attorney's fees incurred in connection with this

litigation.  It is

FURTHER ORDERED that this case is closed.

Dated at Denver, Colorado this 30th day of March, 2026.


FOR THE COURT:
JEFFREY P. COLWELL, CLERK

By:  s/   J. Dynes
_____

J. Dynes
Deputy Clerk